IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re | CHAPTER 7 |
| RICHARD JACKIE FLOCO, | Case No.: 2:18-bk-13482-MCW |
| Debtor | |
| DCF ENTERPRISES, INC., an Oklahoma corporation, | |
| Plaintiff | Adversary No.: 2:19-ap-00047-MCW |
| vs. | **JUDGMENT** |
| RICHARD JACKIE FLOCO, | |
| Defendant | |

Pursuant to the Order Determining Debt To Be Non-Dischargeable Under 11 U.S.C. § 523(a)(4) [Doc. 93] filed on September 30, 2021 and entered on October 1, 2021, and there being no just reason for delay in entering this Judgment, Plaintiff, DCF Enterprises, Inc. is hereby awarded this Judgment against Debtor/Defendant Richard Jackie Floco in the amount of $477,863.70. This debt is excepted from discharge because it meets the elements for embezzlement under 11 U.S.C. § 523(a)(4).

Interest shall accrue on this Judgment from the date of its entry at the rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of Judgment, shall be computed daily to the date of payment, and shall be compounded annually.

SIGNED AND DATED ABOVE